UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-60596-CIV-SMITH/Reid

GLENN BLACKLEDGE,

    Petitioner,

v.

RICKY D. DIXON,
*Secretary of the Florida Department of Corrections*,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") of the Honorable Lisette M. Reid, U.S. Magistrate Judge, on Petitioner Glenn Blackledge's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 10]. In her thorough and well-reasoned Report, Judge Reid recommends that: the Petition be denied; no Certificate of Appealability Issue; and that the case be closed.  Petitioner filed objections to the Report and Respondent filed responses to the objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  Those portions of the report and recommendation to which objections are mare are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with."  *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Reid's Report, Petitioner's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Reid's well-reasoned analysis and her recommendation that the Petition be denied.  Accordingly, it is

    **ORDERED** that:

    1)    The Report and Recommendation [DE 10] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1] is **DISMISSED**.

3) A Certificate of Appealability is **DENIED**.

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of February, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record